So Ordered.

Dated: April 17th, 2018

Frederick P. Corbit
Bankruptcy Judge

1

2

3

4

5

6

7

8

9

10

11

UNITED STATES BANKRUPTCY COURT

IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

12

In re:

13

**JOSEPH F. COATES,**

14

Debtor.

No.: **17-02386-FPC11**

Chapter 11

**FINDINGS OF FACT**

15

16

**THIS MATTER** coming before the Court for hearing on April 11, 2018, upon the

17

issues raised by Debtor's request for confirmation of Debtor's First Amended Plan of

18

Reorganization filed herein on January 23, 2018 [*ECF 95*], as amended pursuant to the

19

Amendment to First Amended Plan filed herein on February 13, 2018 [*ECF 109*]

20

(collectively the "Plan"), and based upon the evidence produced, the Court now makes the

21

following:

22

23

**FINDINGS OF FACT**

24

1.    The Debtor's Plan was submitted to Creditors and other parties in interest;

25

Findings of Fact-1

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

2.     The Plan has been accepted in writing by the creditors and equity security holders whose acceptance is required by law;

3.     The provisions of Chapter 11 of the United States Code have been complied with and the Plan has been proposed in good faith and not by any means forbidden by law;

4.     (a) Each holder of a claim or interest has accepted the Plan or will receive or retain under the Plan property of a value, as of the effective date of the Plan, that is not less than the amount that such holder would receive or retain if the Debtor was liquidated under Chapter 7 of the Code on such date, or (b) the Plan does not discriminate unfairly, and is fair and equitable with respect to each class of claims or interests that is impaired under, and has not accepted the Plan;

5.     All payments made or promised by the Debtor or by a person issuing securities or acquiring property under the Plan or by any other person for services or for costs and expenses in, or in connection with, the Plan and incident to the case, have been fully disclosed to the Court and are reasonable and are hereby approved, or, if to be fixed after confirmation of the Plan, will be subject to approval of the Court;

6.     Confirmation of the Plan is not likely to be followed by the liquidation, or the need for further financial reorganization of the Debtor, or (b) if the Plan is a plan of liquidation, the Plan sets a time period in which liquidation will be accomplished, and provides for the eventuality that the liquidation is not accomplished in that time period;

Findings of Fact-2

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

7.      Pursuant to the Plan, the following acts or events constitute substantial consummation of the Plan: sixty (60) days following Confirmation, provided that Debtor has paid all installments provided by this Plan to be paid within that time;

8.      Creditors were given Notice of Confirmation and no objections thereto were made;

9.      The Objection to Confirmation of Debtor's Chapter 11 Plan filed by Navy Federal Credit Union on January 16, 2018 [*ECF* 91] is **overruled**; and

10.     It is proper that the Plan be confirmed.

///END OF ORDER///


PRESENTED BY:

SOUTHWELL & O'ROURKE, P.S.


BY: s/ Dan O'Rourke
       DAN O'ROURKE, WSBA #4911
       Attorneys for Debtor

Findings of Fact-3

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159